WILLIAMSON v. SALTER

No. 42 PC.

Case below: 30 N.C. App. 405.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 October 1976.